1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ADAM WRIGHT (MABN 661283)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7368
        Fax: (415) 436-6982
7       E-mail: adam.wright@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,              )  CASE NO. 15-CR-167 CRB
                                           )
14          Plaintiff,                     )  STIPULATION AND [~~PROPOSED~~] ORDER
                                           )  CHANGING DATE FOR STATUS HEARING AND
15       v.                                )  EXCLUDING TIME FROM DECEMBER 17, 2015
                                           )  TO JANUARY 20, 2016
16  CLAUDIO RENEE SUNUX, et al,.           )
                                           )
17          Defendants.                    )
                                           )
18

19         This matter is currently set for a status hearing on December 17, 2015.  The defendants and the

20  government have appeared before the court on April 22, 2015 and July 1, 2015, in order to update the

21  Court regarding discovery and the possibility of reaching a pre-trial resolution regarding the matter.  The

22  Court previously granted the parties' request to continue the hearing to December 16, 2015.

23         The parties respectfully request that the status hearing be moved to January 20, 2016 at 2:00 p.m.

24  or another time on that day that meets the Court's schedule.  As a basis for this request, the parties state

25  that two of the defense attorneys are not available on the previously scheduled date.  The parties further

26  represent that discovery is ongoing, and the parties are working to determine if a pre-trial resolution is

27  possible.  The parties anticipate that they will be able to advise the Court as to whether to set a trial date

28  at the next appearance.  The parties would be available on January 20, 2016.

1    The parties also request that time be excluded under the Speedy Trial Act between December 16,

2    2015, the date of the originally scheduled status conference, and January 20, 2016, for the purpose of

3    continuity of counsel as well as effective preparation of counsel, taking into account due diligence.  18

4    U.S.C. § 3161(h)(7)(B)(iv).

5
     SO STIPULATED:
6

7                                                  BRIAN J. STRETCH
                                                   Acting United States Attorney
8

9
     DATED: December 15, 2015                      _____/s/_____
10                                                 ADAM WRIGHT
                                                   Assistant United States Attorney
11

12
     DATED: December 15, 2015                      _____/s/_____
13                                                 DOUGLAS HORNGRAD
                                                   Attorney for Claudio Rene Sunux
14

15
     DATED: December 15, 2015                      _____/s/_____
16                                                 JESSE GARCIA
                                                   Attorney for Amanda Lopez
17

18
     DATED: December 15, 2015                      _____/s/_____
19                                                 MARK GOLDROSEN
                                                   Attorney for Anibal Giovanni Ramirez
20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
15-CR-167 CRB

[~~PROPOSED~~] ORDER

The Court hereby changes the status hearing scheduled for December 17, 2015 to January 20, 2016.  Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between December 16, 2015 and January 20, 2016 would unreasonably deprive the defendants of continuity of counsel and counsel of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 16, 2015 and January 20, 2016 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between December 16, 2015 and January 20, 2016 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: ____12/16/2015____

_____
HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
15-CR-167 CRB