1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | ADAM WRIGHT (MABN 661283)
Assistant United States Attorney

5 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495

6 |     Telephone: (415) 436-7368
    Fax: (415) 436-6982

7 |     E-mail: adam.wright@usdoj.gov

8 | Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 15-CR-167 CRB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CHANGING DATE FOR STATUS HEARING AND EXCLUDING TIME FROM APRIL 6, 2016 TO JUNE 15, 2016 |
| v. | |
| CLAUDIO RENEE SUNUX, et al,. | |
| Defendants. | |

This matter is currently set for a status hearing on April 6, 2016.  The defendants and the government have appeared before the Court on January 20, 2016, in order to update the Court regarding discovery and the possibility of reaching a pre-trial resolution regarding the matter.

The parties respectfully request that the status hearing be moved to June 15, 2016 at 2:00 p.m. or another time on that day that meets the Court's schedule.  As a basis for this request, the parties state that they are approaching a resolution as to the case, and need additional time to determine if a pre-trial resolution is possible.  The parties further represent that discovery is ongoing.  The parties anticipate that they will be able to advise the Court as to whether to set a trial date at the next appearance.  The parties would be available on June 15, 2016.

/ / /

[PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
15-CR-167 CRB

The parties also request that time be excluded under the Speedy Trial Act between April 6, 2016, the date of the originally scheduled status conference, and June 15, 2016, for the purpose of continuity of counsel as well as effective preparation of counsel, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:

BRIAN J. STRETCH
United States Attorney

DATED: April 4, 2016        /s/
ADAM WRIGHT
Assistant United States Attorney

DATED: April 4, 2016        /s/
DOUGLAS HORNGRAD
Attorney for Claudio Rene Sunux

DATED: April 4, 2016        /s/
JESSE GARCIA
Attorney for Amanda Lopez

DATED: April 4, 2016        /s/
MARK GOLDROSEN
Attorney for Anibal Giovanni Ramirez

[PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
15-CR-167 CRB

~~[PROPOSED]~~ ORDER

The Court hereby changes the status hearing scheduled for April 6, 2016 to June 15, 2016. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between April 6, 2016 and June 15, 2016 would unreasonably deprive counsel of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between April 6, 2016 and June 15, 2016 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between April 6, 2016 and June 15, 2016 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: April 5, 2016

HON. CHARLES R. BREYER
United States District Court Judge

~~[PROPOSED]~~ ORDER CHANGING HEARING DATE AND EXCLUDING TIME
15-CR-167 CRB